UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| THINKING SUNSHINE, LLC, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:26-cv-163 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| ISREAL DURAN, *et al.*, | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| Defendants. | : | |
| | : | |

---

## ORDER OF TRANSFER

---

Plaintiff Thinking Sunshine, LLC ("Plaintiff") filed a Complaint Isreal Duran and several other presumably related Defendants ("Defendants"), on June 1, 2026.  (Doc. Nos. 1, 3, 5.) According to 28 U.S.C. § 1391(b), civil suits may be brought only in the judicial district where (1) any defendant resides, if all defendants reside in the same State; (2) a substantial part of the events or omissions giving rise to the claim occurred; or (3) any defendant may be found, if there is no district in which the claim may otherwise be brought.  When venue is not proper, the court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."  28 U.S.C. § 1406(a).  "[E]ven when venue is proper, a district court may transfer a civil action to any other district where it might have been brought for the convenience of the parties and witnesses and in the interest of justice."  *Ragland v. Corizon Med. Providers Inc.*, No. 2:19-CV-11859, 2019 WL 2716221, at *2 (E.D. Mich. June 28, 2019) (citing 28 U.S.C. § 1404(a)).  Both 28 U.S.C. §§ 1404(a) and 1406(a) allow a district court to transfer a case *sua sponte*.  *Flynn v. Greg Anthony Constr. Co., Inc.*, 95 F. App'x. 726, 738 (6th Cir. 2003).

1

Based on the face of the Complaint Defendants are domiciled out-of-state and Plaintiff is domiciled in Delaware County, Ohio.  (Doc. No. 5 at PageID 66-67.)  With Delaware County being located in this Court's Eastern Division, the thus Court finds that a transfer of this case to the United States District Court for the Southern District of Ohio, Eastern Division at Columbus, is warranted.  *See* 28 U.S.C. § 1406(a); *see also* S.D. Ohio Civ. R. 82.1(b).

Pursuant to 28 U.S.C. § 1391(b) and S.D. Ohio Civ. R. 82.1(b), the Clerk of Courts is hereby **DIRECTED TO TRANSFER** this case to the Southern District of Ohio, Eastern Division at Columbus for all further proceedings.  Upon transfer to the Columbus seat of Court, the case shall be assigned a new resident Magistrate Judge and District Judge accordingly.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, June 2, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

2